**DISMISSED; Opinion Filed January 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00334-CV

**MCLANE COMPANY, Appellant**
**V.**
**SARAH EWING, INDIVIDUALLY**
**AND ON BEHALF OF MINOR CHILDREN,**
**R.C.M., C.R.M., C.R.M., R.C.M., H.M.E., W.D.E., AND T.M.E., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01104-D**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

In this consolidated mandamus proceeding and appeal, appellant McLane Company challenged the trial court's February 28, 2019 "Order Denying Defendant McLane Company, Inc.'s Motion to Stay Pending Outcome of Arbitration." On December 3, 2019, McLane Company filed an unopposed motion to dismiss this proceeding and appeal, explaining that after the parties had completed their briefing in this Court, the trial court signed an order reconsidering and vacating its February 28, 2019 order.

Because the order that was the subject of this original proceeding and appeal has been vacated, we grant McLane Company's unopposed motion, and we dismiss this consolidated

proceeding. As requested in the motion, we order that each party bear its own costs in connection with this consolidated proceeding.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

190334F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MCLANE COMPANY, Appellant

No. 05-19-00334-CV       V.

SARAH EWING, INDIVIDUALLY AND
ON BEHALF OF MINOR CHILDREN,
R.C.M., C.R.M., C.R.M., R.C.M., H.M.E.,
W.D.E., AND T.M.E., Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-18-01104-D.
Opinion delivered by Justice Osborne;
Justices Myers and Nowell, participating.

In accordance with this Court's opinion of this date, this consolidated mandamus proceeding and appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this consolidated proceeding.

Judgment entered this 15th day of January, 2020.